```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
KLAUBER BROTHERS, INC.,                             :
                                                    :
                              Plaintiff,            :        1:22-cv-00392-GHW
                                                    :
                -against-                           :        ORDER
                                                    :
BLOOMINGDALE'S, INC., FEW MODA, LLC,                :
D/B/A O.P.T., DOES 1 THROUGH 10                     :
                                                    :
                              Defendants.           :
                                                    :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On January 31, 2022, the parties filed a proposed stipulation and order asking the Court to so order an extension of time for Defendants to "move, answer, or otherwise respond to Plaintiff's Complaint." Dkt. No. 10. That request is denied without prejudice because the parties did not comply with the Court's Individual Rules of Practice in Civil Cases, specifically Rule 1(F). The parties are directed to review and comply with the Court's Individual Rules of Practice.

Plaintiff is directed to serve this order on Defendants and retain proof of service.

The Clerk of Court is directed to mail a copy of this order by first class mail to Defendants.

SO ORDERED.

Dated:  February 1, 2022
New York, New York                                 _____
                                                           GREGORY H. WOODS
                                                        United States District Judge